

SEP 05 2023

Clerk, U.S. District Court
By: _N. Coxy_ ___ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ChrisTopher (Morehei) Pierce )
 )
 )
_____ )
 )
_____ )
(Enter above the full name of the Plaintiff(s) )
 )
vs. )
 )
Kris Kobach ATTY General )
Name )
120 S.W. 10TH Ave 2nd Floor )
Street and number )
Topeka, Kansas    66612 )
City  State  ZipCode )

Case Number 23- cv- 4077-HLT- RES

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff Morehei Pierce _____

Address 1245 MarLowe Drive - MonTgomery, _____

Alabama 36116 _____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant Jeff Zmuda Secretary                              is

employed at Kansas Dept of corrections - 900 Jackson

4 TH- Floor - Topeka, Kansas 66612

C.    Additional Defendants William Waddington Fmr.

warden - EDCF - P.o. Box 311 - El Dorado,

Kansas 67042

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of Alabama.

2.    The first-named defendant above is either

a.   a citizen of the State of Kansas          ; or

b.   a corporation incorporated under the laws of the State of

Kansas          and having its principal place of business

in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a.    a citizen of the State of Kansas      ; or

b.    a corporation incorporated under the laws of the State of

Secretary   and having its principal place of business in a

State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.    (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐  1.    This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☒  2.    This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐  3.    Other grounds (specify and state any statute which gives rise to such grounds):

42 USC 1983

_____

_____

_____

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

The Events listed in this complaint Took Place in the State of Kansas AT the Super Max El Dorado correctional Facility - in Butler county in the State of Kansas. on or About November/2020 The warden william waddington - The Facility

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.)

3

_____

_____

_____

V.    Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒    No ☐

VI.    Do you claim actual damages for the acts alleged in your complaint?
Yes ☒    No ☐

VII.    Do you claim punitive monetary damages?  Yes ☒    No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

PlaintiFF continue To incur Medical Bills In Associate with long covid-which He Request That His Medical Bills Are covered By the Defendants For A life time - Also He Request $7,500,000 Dollars in compensation

_____

4

Started To Move inmates out A1-cellHouse As inmates who were infected with The Coronavirus (covid-19) were sick-ill. Plaintiff Pierce Diligently Requested Also To Be Moved out This CellHouse so He would Not contract covid-19. And other inmates who were infact Had Been Tested Positive For covid-19 were Moved into A1-cellHouse Some inmates who were Deathly ill of The coronavirus Plaintiff contacted His Family. And they Made A complaint with The Kansas Department of corrections And Governor Laura Kelly How The Defendants Refused To Move Him Away From These sick inmates.

On 12-11-20 Friday Approximate Time 10:50 A.m. Nurse Lamkin And Nurse Goode Did A covid-19 Test cellside officer Ross And officer Humphrey was Present Doing Security.

On 12-13-20 Sunday Nurse Lamkin Gave the Attached Notice EXHiBiT A. That He Tested Positive For covid-19 - The coronavirus Along with cellmate R. Francis 88551.

That Same Day Plaintiff Pierce BY orders of The Kansas Dept. of Corrections-BY orders of The warden Waddington under The Direction of unit Manager Shearburn was Moved From A1-cellHouse TO E A Quarantine unit.

During This Time Plaintiff was so sick That He Had To Be Resuscitated Atleast one Time - Do To The Defendants Failure To Promptly Act-Their Negligence Plaintiff Health Problems Diagnosis of long covid, Respiratory Problems, Brain Fog, loss of The sense of smell And Taste ect.. would Have Been Prevented Had The Defendants Moved Him Along with The Rest of The inmates The Facility was Trying To Keep From contracting covid-19. The Defendants Deliberately infected Him with covid-19 - which only After The Plaintiff contracted covid-19 Did they Move Him To A Quarantine unit

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒    No ☐

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Talked with the Joint Committee And was Told That these claims were Best Brought By A civil Rights Action

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

Administrative Procedures were sought

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

morehei Pierce
Signature of Plaintiff

Morehei Pierce
Name (Print or Type)

1245 Marlowe Drive
Address

5

Montgomery, Alabama 36116
City          State          Zip Code

(334) 288-3691
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,    ☐ Kansas City , or    ☐ Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

_Marchei Pierce_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or    ☐ No  }
(Select One)

_Marchei Pierce_
Signature of Plaintiff

Dated: 9·1·23
(Rev. 10/15)

6