# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Morehei Pierce also known as Christopher Pierce | 5:23-cv-04077-HLT-ADM |
| DEFENDANT | TYPE OF PROCESS |
| William Waddington | Civil Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
William Waddington
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
PO Box 311; El Dorado, KS 67042

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Morehei Pierce
1245 Marlowe Dr.
Montgomery, AL 36116

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
s/ J. Kendall for Morehei Pierce
TELEPHONE NUMBER: 334-228-3691
DATE: 9/19/2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 10/1
District of Origin No. 31
District to Serve No. 31
Signature of Authorized USMS Deputy or Clerk: Tracy Williams
Date: 9-19-23

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 10-10-23  Time: [ ] am [ ] pm
unexecuted

Address *(complete only if different than shown above)*

Signature of U.S. Marshal or Deputy: Tracy Williams

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Certified Mail Sent 09/26/2023
Delivery Receipt Date 10/02/2023
Certified Mail Returned Stating No Offender Identification 10/10/2023
Returned to the USAO/ Clerks Office 10/12/2023

REC'D USMS TOPEKA, KS
SEP 19 2023 AM 10:28

Form USM-285
Rev. 03/21

ar
tes Marshals Service
Kansas

ast Quincy
66683

iness
Private Use $300



7020 3160 0001 9435 3079



RECD USMS T
OCT 10 202

William Waddington
PO Box 311
El Dorado, KS 67042

### RETURN TO SENDER
Per KAR 44-12-601 this mail is being returned because it either does not identify the sender/recipient by full name and address or it does not identify offender by KDOC identification number.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Waddington
PO Box 311
El Dorado, KS 67042



9590 9402 8304 3094 0869 57

2. Article Number *(Transfer from service label)*

7020 3160 0001 9435 3079

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X AWatson
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
AWatson

C. Date of Delivery
10/2/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

REC'D USMS TOPEKA, KS
OCT 4 2023 PM 4:17

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt